Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Cenports Commerce Inc.** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-1596694** | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1742 Sabre Street**<br>**Hayward, CA 94545**<br>Number, Street, City, State & ZIP Code | **2054 32nd Avenue**<br>**San Francisco, CA 94116**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Alameda**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **https://www.cenports.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Case: 23-40478    Doc# 1    Filed: 04/25/23    Entered: 04/25/23 18:48:56    Page 1 of 74

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Case: 23-40478　　　Doc# 1　　　Filed: 04/25/23　　　Entered: 04/25/23 18:48:56　　　Page 2 of 74

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | | Relationship _____ |
| District | _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __4/20/2023__
           MM / DD / YYYY

**X** _____
    Signature of authorized representative of debtor

    **Derrick Chen**
    Printed name

    **CEO of Cenports Commerce Holding**
Title   **Inc., Debtor's shareholder**

**18. Signature of attorney**

**X**   /s/ Michael Jay Berger _____
    Signature of attorney for debtor

Date   4/25/2023
       MM / DD / YYYY

**Michael Jay Berger** _____
Printed name

**Law Offices of Michael Jay Berger** _____
Firm name

**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212** _____
Number, Street, City, State & ZIP Code

Contact phone   **(310) 271-6223**    Email address   **michael.berger@bankruptcypower.com**

**100291 CA** _____
Bar number and State

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Northern District of California

In re __Cenports Commerce Inc.__

Debtor(s)

Case No. _____

Chapter __11__

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __0001713325__.

2. The following financial data is the latest available information and refers to the debtor's condition on __4/20/2023__.

a. Total assets        $ __212,973.98__

b. Total debts (including debts listed in 2.c., below)      $ __7,391,240.53__

c. Debt securities held by more than 500 holders:

| | | | | | Approximate number of holders: |
|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |

d. Number of shares of preferred stock     2,664,638     7

e. Number of shares common stock     10,091,761     29

    Comments, if any:

3. Brief description of Debtor's business:
**Cenports Commerce is a B2B drop shipping (virtual distribution) company that helps brands sell products online to HomeDepot, Lowes etc under their own account. The company has no inventory and uses internal tools to help retailers.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
**Derrick Chen**
**Jerry Vuong**
**Tony Wu**
**ChiOi**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor name  **Cenports Commerce Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/25/2023        x _____
Signature of individual signing on behalf of debtor

**Derrick Chen**
Printed name

**CEO of Cenports Commerce Holding Inc., Debtor's shareholder**
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Cenports Commerce Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ARC 1481 Folsom Street San Francisco, CA 94103** | | **Debtor's assets** | | $163,845.61 | $0.00 | $163,845.61 |
| **Bay Area Tires PO Box 4643 San Mateo, CA 94404** | | **Loan** | | | | $200,000.00 |
| **Blue X 20955 Pathfinder Rd., Ste 230 Diamond Bar, CA 91765-4024** | | **Cargo financing loan** | | | | $120,000.00 |
| **Castle Gate Subsidiary of Wayfair 4 Copley Place, Floor 6 Boston, MA 02116** | | **Trade debt** | **Subject to Setoff** | | | $1,675,000.00 |
| **Forward Financing 53 State Street 20th Floor Boston, MA 02109** | | **MCA loan** | | | | $221,062.50 |
| **HA 2020 LLC 1025 Barroilhet Dr. Burlingame, CA 94010** | | **Lease for the warehouse** | | | | $150,000.00 |
| **Halo T LLC 1056 Neilson Street Far Rockaway, NY 11691** | | **MCA loan** | | | | $550,510.00 |
| **Homelegance, Inc. 48200 Fremont Blvd. Fremont, CA 94538** | | **Trade Debt / Critical Vendor** | | | | $250,387.30 |

Case: 23-40478    Doc# 1    Filed: 04/25/23    Entered: 04/25/23 18:48:56    Page 8 of 74

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Irene Wu**<br>**20 Kinder Lane**<br>**Burlingame, CA**<br>**94010** | | **Investor Dispute; pending lawsuit** | **Contingent Unliquidated Disputed** | | | $776,610.91 |
| **Parker**<br>**2261 Market Street,**<br>**Suite 4106**<br>**San Francisco, CA**<br>**94114** | | **Credit Card** | | | | $110,000.00 |
| **Paypal Loan**<br>**3505 Silverside**<br>**Road, Suite 200**<br>**Wilmington, DE**<br>**19810** | | **business loan** | | | | $141,421.41 |
| **PIRS Capital, LLC**<br>**1688 Meridian Ave,**<br>**Ste 700**<br>**Miami Beach, FL**<br>**33139** | | **Debtor's assets** | | $158,389.65 | $0.00 | $158,389.65 |
| **QCommerce**<br>**800 Fifth Avenue,**<br>**Ste 101**<br>**Seattle, WA 98104** | | **Trade Debt** | | | | $105,119.00 |
| **Stufurhome LLC**<br>**1752 Sabre Street**<br>**Hayward, CA 94545** | | **Loan** | | | | $380,000.00 |
| **U.S. Small Business**<br>**Administration**<br>**El Paso Loan**<br>**Service Center**<br>**10737 Gateway**<br>**West, Ste. 300**<br>**El Paso, TX 79935** | | **Debtor's assets** | | $204,807.50 | $0.00 | $204,807.50 |
| **Unique**<br>**71 S. Central**<br>**Avenue**<br>**Valley Stream, NY**<br>**11580** | | **MCA loan** | | | | $190,050.00 |
| **Uptown Fund LLC**<br>**211 Boulevard of the**<br>**Americas**<br>**Lakewood, NJ 08701** | | **MCA loan** | **Contingent Unliquidated** | | | $262,000.00 |
| **Web Fund LLC**<br>**99 Washington Ave.,**<br>**Ste 1008**<br>**Albany, NY 12260** | | **MCA loan** | | | | $236,857.00 |
| **Web Fund LLC**<br>**99 Washington Ave.,**<br>**Ste 1008**<br>**Albany, NY 12260** | | **MCA loan** | | | | $111,920.00 |

Case: 23-40478   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 18:48:56   Page 9 of 74

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wynwest Advance LLC 3 Germay Drive, Unit 4 #1491 Wilmington, DE 19804** | | **Debtor's assets** | | **$88,160.00** | **$0.00** | **$88,160.00** |

Case: 23-40478   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 18:48:56   Page 10 of 74

Debtor name **Cenports Commerce Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

Part 1: **Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................. $    0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................... $    212,973.98

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................ $    212,973.98

Part 2: **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    744,669.04

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $    0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$    6,360,737.53

4. **Total liabilities** ...................................................................................
   Lines 2 + 3a + 3b    $    7,105,406.57

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Case: 23-40478    Doc# 1    Filed: 04/25/23    Entered: 04/25/23 18:48:56    Page 11 of 74

Fill in this information to identify the case:

Debtor name **Cenports Commerce Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

**3.** Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | Checking account | **5212** | $28,203.00 |
| 3.2. | **Bank of America** | Checking account | **6056** | $0.00 |
| 3.3. | **Wells Fargo Bank** | Checking account | **0710** | $730.00 |
| 3.4. | **Silicon Valley Bank** | Checking account | **5916** | $0.00 |
| 3.5. | **First Republic Bank** | Checking account | **2996** | $99.00 |
| 3.6. | **Payoneer** | **Online payment receivable account from international vendors** | **6695** | $10,800.00 |

| | | | | |
|---|---|---|---|---|
| 3.7. | **PingPong** | **Online international payment receivable account** | 0484 | $37.00 |
| 3.8. | **PingPong** | **Online payment receivable account** | 8067 | $0.00 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

| | |
|---|---|
| | **$39,869.00** |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security Deposit with the Landlord: HA 2020 LLC.** | **$41,000.00** |

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.      **Total of Part 2.**

| | |
|---|---|
| | **$41,000.00** |

Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.     **Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | **118,142.83** | - | **0.00** =.... | **$118,142.83** |
| | face amount | | doubtful or uncollectible accounts | |

| | | | | |
|---|---|---|---|---|
| 11b. Over 90 days old: | **7,962.15** | - | **0.00** =.... | **$7,962.15** |
| | face amount | | doubtful or uncollectible accounts | |

12.     **Total of Part 3.**

| | |
|---|---|
| | **$126,104.98** |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

Debtor __Cenports Commerce Inc.__      Case number *(if known)* _____
       Name

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Monitors and Cameras | | | $3,000.00 |
| Tables, Chairs, and Routers | | | $3,000.00 |

**42. Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.
          $6,000.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

Case: 23-40478    Doc# 1    Filed: 04/25/23    Entered: 04/25/23 18:48:56    Page 14 of 74

| | | | | | |
|---|---|---|---|---|---|
| 47.1. | **Used Toyota Forklift Model #8FBE15U;**<br>**Serial #: 8FBE15U-12408** | | | | **Unknown** |
| 47.2. | **Used 2016 Toyota Forklift, Model No.:**<br>**8FBE15U; Serial No.: 8FBE20U-10728** | | | | **Unknown** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**

| | |
|---|---|
| Add lines 47 through 50. Copy the total to line 87. | **$0.00** |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

**Warehouse lease with HA 2020 LLC ("Landlord") for portion of 1742 Sabre and entirety of 1752 Sabre (including adjacent yard) in Hayward, CA. The lease commended on August 12, 2021 with termination date of August 12, 2024. Option to renew for 3 years must be agreed upon by landlord and tenant 90 days prior to the end of the lease date. Current base rent is $66,690 until August 2023; effective August 2023, the new base rent will be $69,654 until the end date of August 12, 2024.**

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| **General description** | **Net book value of debtor's interest (Where available)** | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets**<br>**Debtor has one patent (On Demand Product Production 3D Modeling)** | **Unknown** | | **Unknown** |

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

Case: 23-40478    Doc# 1    Filed: 04/25/23    Entered: 04/25/23 18:48:56    Page 15 of 74

**65.    Goodwill**

| | |
|---|---|
| **66.    Total of Part 10.** | **$0.00** |

Add lines 60 through 65. Copy the total to line 89.

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☑ No
☐ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

Current value of
debtor's interest

**71.    Notes receivable**
Description (include name of obligor)

**72.    Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.    Interests in insurance policies or annuities**

**74.    Causes of action against third parties (whether or not a lawsuit
has been filed)**

**75.    Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

**76.    Trusts, equitable or future interests in property**

**77.    Other property of any kind not already listed** *Examples:* Season tickets,
country club membership
**Various inventory (not owned by the Debtor) located at
a warehouse facility. Debtor is a B2B dropshiping
company.  It acts as a middleman between the supplier
and the business customer, handling the warehousing
and shipments of the products.  Debtor sells products
on Wayfair, Home Depot, Lowes, Overstock, Target,
Walmart, Petco, BJ Wholesale, E-bay, QVC, Saks Fifth
Avenue, Macy's, Brookstone among others.  Debtor
carries the inventory on consignment  but does not
itself own any of the items.**                                             **$0.00**

| | |
|---|---|
| **78.    Total of Part 11.** | **$0.00** |

Add lines 71 through 77. Copy the total to line 90.

**79.    Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No

Case: 23-40478    Doc# 1    Filed: 04/25/23    Entered: 04/25/23 18:48:56    Page 16 of 74

☐ Yes

Debtor  **Cenports Commerce Inc.**                           Case number *(If known)* _____
         <u>Name</u>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $39,869.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $41,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $126,104.98 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $212,973.98 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $212,973.98 |

Fill in this information to identify the case:

Debtor name  **Cenports Commerce Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

| | | | |
|---|---|---|---|
| **2.1  ARC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Debtor's assets** | **$163,845.61** | **$0.00** |
| **1481 Folsom Street**<br>**San Francisco, CA 94103**<br>Creditor's mailing address | | | |
| | Describe the lien<br>**UCC Financing Statement**<br>Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ■ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| **Date debt was incurred**<br>**2/18/2022** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number**<br>**6022** | | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | | | |
|---|---|---|---|
| **2.2  CHTD Company as Representative**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Debtor's assets** | **Unknown** | **$0.00** |
| **PO Box 2576**<br>**Springfield, IL 62708**<br>Creditor's mailing address | | | |
| | Describe the lien<br>**UCC Financing Statement**<br>Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ■ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| **Date debt was incurred**<br>**9/7/2021** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number**<br>**7226** | | | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |

Case: 23-40478   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 18:48:56   Page 19 of 74

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Corporation Service Company** | | |
|---|---|---|---|
| | Creditor's Name | | |

**801 Adlai Stevenson Drive Springfield, IL 62703-4261**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/29/2023 (within 90 day preference)**
**Last 4 digits of account number**
**7423**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Debtor's assets**

**Describe the lien**
**UCC Financing Statement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | $0.00

---

| 2.4 | **Corporation Service Company** | | |
|---|---|---|---|
| | Creditor's Name | | |

**801 Adlai Stevenson Drive Springfield, IL 62703-4261**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**4/18/2023 (within 90-day preference)**
**Last 4 digits of account number**
**8935**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Debtor's assets**

**Describe the lien**
**UCC Financing Statement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | $0.00

---

| 2.5 | **Corporation Service Company** | | |
|---|---|---|---|
| | Creditor's Name | | |

**801 Adlai Stevenson Drive Springfield, IL 62703-4261**

**Describe debtor's property that is subject to a lien**
**Debtor's assets**

Unknown | $0.00

---

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement** _____

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/25/2019**

**Last 4 digits of account number**
**9473**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Corporation Service Company** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 2576**
**Springfield, IL 62708**

**Debtor's assets**

Creditor's mailing address

**Describe the lien**
**UCC Statement** _____

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/30/2020**

**Last 4 digits of account number**
**6928**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **First Corporate Solutions** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**914 S Street**
**Sacramento, CA 95811**

**Debtor's assets**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement** _____

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/15/2023 (within 90 day preference)**

**Last 4 digits of account number**
**9735**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Case: 23-40478    Doc# 1    Filed: 04/25/23    Entered: 04/25/23 18:48:56    Page 21 of 74

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **First Corporate Solutions** |
|-----|-------------------------------|

Creditor's Name

**914 S Street
Sacramento, CA 95811**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
7/17/2020
Last 4 digits of account number
6725**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Debtor's assets**

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

---

| 2.9 | **FundBox** |
|-----|-------------|

Creditor's Name

**6900 Dallas Pkwy #700
Plano, TX 75024**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
3/12/2020
Last 4 digits of account number
3260**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Debtor's assets**

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$86,200.00**          **$0.00**

---

| 2.1 0 | **PIRS Capital, LLC** |
|-------|------------------------|

Creditor's Name

**1688 Meridian Ave, Ste 700
Miami Beach, FL 33139**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Debtor's assets**

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**
■ No

**$158,389.65**          **$0.00**

---

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/6/2023 (within 90 day preference)**
**Last 4 digits of account number**
**7226**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1.1 | **Toyota Industrial Commercial Finance** | | $23,244.62 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Used 2016 Toyota Forklift, Model No.: 8FBE15U; Serial No.: 8FBE20U-10728**

**PO Box 9050**
**Coppell, TX 75019-9050**
Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/12/2022**
**Last 4 digits of account number**
**8635**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1.2 | **Toyota Industrial Commercial Finance** | | $20,021.66 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Used Toyota Forklift Model #8FBE15U; Serial #: 8FBE15U-12408**

**PO Box 9050**
**Coppell, TX 75019-9050**
Creditor's mailing address

**Describe the lien**
**UCC Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/16/2021**
**Last 4 digits of account number**
**4936**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Case: 23-40478   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 18:48:56   Page 23 of 74

| 2.13 | **U.S. Small Business Administration** | | |
|---|---|---|---|

Creditor's Name

**El Paso Loan Service Center**
**10737 Gateway West, Ste. 300**
**El Paso, TX 79935**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**05/5/2020**

**Last 4 digits of account number**
**1186**

**Do multiple creditors have an interest in the same property?**
◼ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Debtor's assets**

**Describe the lien**
**UCC Financing Statement/EIDL Loan**

**Is the creditor an insider or related party?**
◼ No
☐ Yes
**Is anyone else liable on this claim?**
◼ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$204,807.50**      **$0.00**

---

| 2.14 | **Wolters Kluwer Lien Solutions** | | |
|---|---|---|---|

Creditor's Name

**PO Box 29071**
**Glendale, CA 91209**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/16/2021**

**Last 4 digits of account number**
**1224**

**Do multiple creditors have an interest in the same property?**
◼ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Debtor's assets**

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**
◼ No
☐ Yes
**Is anyone else liable on this claim?**
◼ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$0.00**

---

| 2.15 | **Wolters Kluwer Lien Solutions** | | |
|---|---|---|---|

Creditor's Name

**PO Box 29071**
**Glendale, CA 91209-9071**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Debtor's assets**

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**
◼ No
☐ Yes

Creditor's email address, if known

**Unknown**      **$0.00**

Case: 23-40478   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 18:48:56   Page 24 of 74

**Date debt was incurred**
**3/30/2022**
**Last 4 digits of account number**
**3232**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Wolters Kluwer Lien Solutions** | | | |
|---|---|---|---|---|

Creditor's Name

**PO Box 29071**
**Glendale, CA 91209-9071**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Debtor's assets**

**Describe the lien**
**UCC Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

       **Unknown**        **$0.00**

**Date debt was incurred**
**4/19/2023 (within 90-day preference)**
**Last 4 digits of account number**
**5327**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **Wynwest Advance LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**3 Germay Drive, Unit 4 #1491**
**Wilmington, DE 19804**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Debtor's assets**

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

       **$88,160.00**        **$0.00**

**Date debt was incurred**
**3/2/2023 (within 90 day preference)**
**Last 4 digits of account number**
**6324**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Case: 23-40478    Doc# 1    Filed: 04/25/23    Entered: 04/25/23 18:48:56    Page 25 of 74

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $744,669.04 |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **FundBox**<br>**268 Bush Street, #2821**<br>**San Francisco, CA 94104** | Line **2.9** | |
| **U.S. Small Business Administration**<br>**c/o Elan S. Levey**<br>**300 N. Los Angeles Street**<br>**Fed. Bldg. Rm. 7516**<br>**Los Angeles, CA 90012** | Line **2.13** | |

Case: 23-40478    Doc# 1    Filed: 04/25/23    Entered: 04/25/23 18:48:56    Page 26 of 74

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| | | |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**Acekool Innovation Inc.**<br>**7550 Wood Road, Ste 150**<br>**Douglasville, GA 30134**<br><br>Date(s) debt was incurred  2022 - 2023<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt / Critical Vendor**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$27,697.36** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Ad-shot LLC**<br>**815 Ponce de Leon Blvd, Suite 209**<br>**Miami, FL 33134**<br><br>Date(s) debt was incurred  2022 - 2023<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,200.00** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Alejandro Lai-Leung**<br>**2054 32nd Avenue**<br>**San Francisco, CA 94116**<br><br>Date(s) debt was incurred  2022 - 2023<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Services / Software Engineer**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$45,500.00** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**American Express**<br>**c/o Becket and Lee**<br>**PO Box 3001**<br>**Malvern, PA 19355**<br><br>Date(s) debt was incurred  2022 - 2023<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Credit Card**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$10,859.25** |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**American Express**
**c/o Becket and Lee**
**PO Box 3001**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022 - 2023__

Basis for the claim: __Credit Card__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,393.57** |
|---|---|---|---|

**Apex Maritime**
**577 Airport Boulevard, Ste 800**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022 - 2023__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$81,520.43** |
|---|---|---|---|

**ARC 1**
**1481 Folsom Street**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022 - 2023__

Basis for the claim: __Receivable loan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$82,325.18** |
|---|---|---|---|

**ARC 2**
**1481 Folsom Street**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022 - 2023__

Basis for the claim: __Receivable loan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$260,000.00** |
|---|---|---|---|

**Bay Area Tires**
**PO Box 4643**
**San Mateo, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022 - 2023__

Basis for the claim: __Loan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,225.00** |
|---|---|---|---|

**Bazaarvoice, Inc.**
**10901 Stonelake Blvd.**
**Austin, TX 78759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022 - 2023__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.02** |
|---|---|---|---|

**Benedetti Sousa Importation Inc.**
**603-8115 Boulevard**
**Du Saint Laurent**
**Quebec, Canada J4X2W9**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022 - 2023__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40478    Doc# 1    Filed: 04/25/23    Entered: 04/25/23 18:48:56    Page 28 of 74

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$120,000.00** |
|---|---|---|---|

**Blue X**
**20955 Pathfinder Rd., Ste 230**
**Diamond Bar, CA 91765-4024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 - 2023**

Basis for the claim: **Cargo financing loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,000.00** |
|---|---|---|---|

**Brex**
**12832 Frontrunner Blvd., Ste 500**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 - 2023**

Basis for the claim: **Credit Card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,180.10** |
|---|---|---|---|

**Camden Isle**
**11421 Northwest 107th Street**
**Unit 18**
**Miami, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 - 2023**

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,299.11** |
|---|---|---|---|

**Canyon Home Furnishing**
**601 E 21st St**
**Oakland, CA 94606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 - 2023**

Basis for the claim: **Trade Debt / Critical Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,675,000.00** |
|---|---|---|---|

**Castle Gate**
**Subsidiary of Wayfair**
**4 Copley Place, Floor 6**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 - 2023**

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,124.10** |
|---|---|---|---|

**Cennos Inc.**
**4992 Volterra Court**
**Dublin, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 - 2023**

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,000.00** |
|---|---|---|---|

**Chase**
**270 Park Avenue**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 - 2023**

Basis for the claim: **Credit Card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40478   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 18:48:56   Page 29 of 74

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $417.06 |

**Concepts Plus Limited**
**57 Philipsburgh Avenue**
**Bushfield House**
**Fairview, Dublin, Ireland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 - 2023**

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,251.20 |

**Design Gallerie**
**5220 W. Lovers Ln.**
**Dallas, TX 75209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 - 2023**

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |

**Divvy**
**13707 S. 200 W. Draper Ste. 100**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 - 2023**

Basis for the claim: **Credit Card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,336.36 |

**EleLighting LLC**
**1940 Ulster Street**
**Denver, CO 80220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 - 2023**

Basis for the claim: **Trade Debt / Critical Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,380.00 |

**Fisherbroyles, LLP**
**945 East Paces Ferry Road NE**
**Suite 2000**
**Atlanta, GA 30326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 - 2023**

Basis for the claim: **Trade Debt / Critical Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $221,062.50 |

**Forward Financing**
**53 State Street 20th Floor**
**Boston, MA 02109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 - 2023**

Basis for the claim: **MCA loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,793.89 |

**Gingko Home Furnishings**
**903 Castro Street**
**Millbrae, CA 94030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 - 2023**

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Cenports Commerce Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.26** Nonpriority creditor's name and mailing address
**Global Supply Company**
**20628 Corsair Blvd**
**Hayward, CA 94545**

Date(s) debt was incurred **2022 - 2023**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,572.94**

---

**3.27** Nonpriority creditor's name and mailing address
**Grand & Eight**
**The South of Huangshu, Dipu Town**
**Anji County**
**Zhejiang Province, China**

Date(s) debt was incurred **2022 - 2023**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt / Critical vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,025.40**

---

**3.28** Nonpriority creditor's name and mailing address
**Gusto**
**525 20th Street**
**San Francisco, CA 94107**

Date(s) debt was incurred **2022 - 2023**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt / Critical Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,160.93**

---

**3.29** Nonpriority creditor's name and mailing address
**HA 2020 LLC**
**1025 Barroilhet Dr.**
**Burlingame, CA 94010**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lease for the warehouse**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.30** Nonpriority creditor's name and mailing address
**Halo T LLC**
**1056 Neilson Street**
**Far Rockaway, NY 11691**

Date(s) debt was incurred **2022 - 2023**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **MCA loan**

Is the claim subject to offset? ■ No ☐ Yes

**$550,510.00**

---

**3.31** Nonpriority creditor's name and mailing address
**Heeler LLC**
**1438 Balboa Street**
**San Francisco, CA 94118**

Date(s) debt was incurred **2022 - 2023**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Commission debt**

Is the claim subject to offset? ■ No ☐ Yes

**$109,723.07**

---

**3.32** Nonpriority creditor's name and mailing address
**Highland Trading Company**
**4811 Emerson Avenue Ste 207**
**Palatine, IL 60067**

Date(s) debt was incurred **2022 - 2023**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt / Critical Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$16,842.11**

Case: 23-40478   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 18:48:56   Page 31 of 74

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $250,387.30 |

**Homelegance, Inc.**
48200 Fremont Blvd.
Fremont, CA 94538

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 - 2023**

Basis for the claim: **Trade Debt / Critical Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $61,518.61 |

**Homesun Electric Appliance**
High Li, Room 401B, 4/F
Kingsford Industrial  Centre
13 Wang Hoi Rd
Kowloon Bay, HK

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 - 2023**

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $776,610.91 |

**Irene Wu**
20 Kinder Lane
Burlingame, CA 94010

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **2022 - 2023**

Basis for the claim: **Investor Dispute; pending lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $3,443.48 |

**Jonathan Wong**
92 Minerva St
San Francisco, CA 94112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 - 2023**

Basis for the claim: **Services / Warehouse Manager**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $30,750.00 |

**Karie Liu**
8555 Dunes Way
Newark, CA 94560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 - 2023**

Basis for the claim: **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $12,000.00 |

**Karington Management LLC**
8555 Dunes Way
Newark, CA 94560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 - 2023**

Basis for the claim: **Consultant fee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $5,131.02 |

**Keiter**
4401 Dominion Blvd
Glen Allen, VA 23060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 - 2023**

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $455.30 |
|---|---|---|---|

**Kelly Spicers**
**1515 Alvarado Street**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022 - 2023__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,130.43 |
|---|---|---|---|

**Kevin Cai**
**4204 Callan Blvd**
**Daly City, CA 94015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022 - 2023__

Basis for the claim: __Services / Software engineer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,525.00 |
|---|---|---|---|

**Klear Now Corporation**
**3945 Freedom Cir. Suite 400**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022 - 2023__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,557.26 |
|---|---|---|---|

**Lcaoful**
**No.93-2 Yongning Industrial Street**
**Xiaolan Town, Zhongshan city**
**Guangdong Province, China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022 - 2023__

Basis for the claim: __Trade Debt / Critical Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,565.22 |
|---|---|---|---|

**Marvin Nguyen**
**1717A Palmetto Ave**
**Pacifica, CA 94044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022 - 2023__

Basis for the claim: __Services / Software Engineer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $362.65 |
|---|---|---|---|

**Megmeet Hongkong Ltd**
**101 Kings Road**
**Sing Pao Building, Room 2402, 24F**
**Fortress Hill, Hongkong**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022 - 2023__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,130.43 |
|---|---|---|---|

**Ngoc Nguyen**
**2208 18th Ave**
**San Francisco, CA 94116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022 - 2023__

Basis for the claim: __Services / Director of Sales__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $110,000.00 |
|---|---|---|---|

**Parker**
**2261 Market Street, Suite 4106**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 - 2023**

Basis for the claim: **Credit Card**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $1,200.00 |
|---|---|---|---|

**Payability**
**61 Broadway**
**New York, NY 10006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 - 2023**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $141,421.41 |
|---|---|---|---|

**Paypal Loan**
**3505 Silverside Road, Suite 200**
**Wilmington, DE 19810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 - 2023**

Basis for the claim: **business loan**

Last 4 digits of account number **9265**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $4,500.00 |
|---|---|---|---|

**Pointstory, LLC**
**7812 NE 150th St**
**Kenmore, WA 98028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 - 2023**

Basis for the claim: **Trade Debt / Critical Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $3,838.92 |
|---|---|---|---|

**Pro Floors**
**172 Sabre Street**
**Hayward, CA 94545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 - 2023**

Basis for the claim: **Utilities**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $105,119.00 |
|---|---|---|---|

**QCommerce**
**800 Fifth Avenue, Ste 101**
**Seattle, WA 98104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 - 2023**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $57,535.00 |
|---|---|---|---|

**QuickBooks Capital**
**2700 Coast Avenue**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 - 2023**

Basis for the claim: **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,159.55 |
|------|---|---|---|

**Sandgo Furnture Co., LTD**
**32-19, Gobong-Ro, Isandong-Gu**
**Goyang-Si**
**Gyeonggi-Do, Korea**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022 - 2023**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,019.02 |
|------|---|---|---|

**Shenzhen Runbing Ecommerce Ltd**
**Tao Jin Di Da Sha B Zuo 901**
**Shi Long Hua District**
**Shenzhen,China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022 - 2023**

Basis for the claim: **Trade Debt / Critical Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,135.51 |
|------|---|---|---|

**Shenzhen Yi Bang Xin Supply**
**Chain Management Co Ltd.**
**1st floor, building 3, No. 19**
**Min'an Road, Pinghu Street**
**Longgang District, Shenzhen**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022 - 2023**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|------|---|---|---|

**Shiu Leung**
**23078 Aspen Knoll Drive**
**Diamond Bar, CA 91765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022 - 2023**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,597.79 |
|------|---|---|---|

**Shop Utopia**
**1492 E. Francis Street Suite B**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022 - 2023**

Basis for the claim: **Trade Debt / Critical Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,051.62 |
|------|---|---|---|

**Sinca Furniture & Bedding Supplies**
**150 Great Gulf Drive**
**Vaughan, ON**
**Canada L4K 5W1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022 - 2023**

Basis for the claim: **Trade Debt  / Critical Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $689,377.17 |
|------|---|---|---|

**Stufurhome LLC**
**1752 Sabre Street**
**Hayward, CA 94545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022 - 2023**

Basis for the claim: **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.61** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $6,580.23 |
| **Sunbesta Company** | ☐ Contingent |
| **10F, 98 Zhongshan Xi Road** | ☐ Unliquidated |
| **Ningbo China** | ☐ Disputed |
| Date(s) debt was incurred **2022 - 2023** | Basis for the claim: **Trade Debt** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.62** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $3,489.35 |
| **Sunset Furniture Int. LLC** | ☐ Contingent |
| **Po Box 88926** | ☐ Unliquidated |
| **131 South Dearborn 6th Floor** | ☐ Disputed |
| **Chicago, IL 60603** | |
| Date(s) debt was incurred **2022 - 2023** | Basis for the claim: **Trade Debt / Critical Vendor** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.63** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $54,522.54 |
| **Synergy House Furniture** | |
| **Lot 19A, LVL 19** | ☐ Contingent |
| **Top Grove Tower, 16** | ☐ Unliquidated |
| **Persiaran Setia Dagang** | ☐ Disputed |
| **Seksyen U 13 Selangor Malaysia** | |
| Date(s) debt was incurred **2022 - 2023** | Basis for the claim: **Trade Debt / Critical Vendor** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.64** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $65,000.00 |
| **SZS Capital LLC** | ☐ Contingent |
| **c/o Business Capital LLC** | ☐ Unliquidated |
| **88 Pine Street, 26th Floor** | ☐ Disputed |
| **New York, NY 10005** | |
| Date(s) debt was incurred **2022 - 2023** | Basis for the claim: **Loan** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.65** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $2,814.44 |
| **Tansole** | |
| **Room 24-27, 22nd Floor, Rongsheng** | ☐ Contingent |
| **Development Building** | ☐ Unliquidated |
| **Zone Langfang City** | ☐ Disputed |
| **Hebei Province, China** | |
| Date(s) debt was incurred **2022 - 2023** | Basis for the claim: **Trade Debt** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.66** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $28,880.19 |
| **The Bianco Company** | ☐ Contingent |
| **11414 Chaucer Street** | ☐ Unliquidated |
| **Moreno Valley, CA 92557** | ☐ Disputed |
| Date(s) debt was incurred **2022 - 2023** | Basis for the claim: **Trade Debt / Critical Vendor** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.67** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $10,904.71 |
| **Top Ocean Consolidation Service** | ☐ Contingent |
| **1350 Old Bayshore Highway Ste 560** | ☐ Unliquidated |
| **Burlingame, CA 94010** | ☐ Disputed |
| Date(s) debt was incurred **2022 - 2023** | Basis for the claim: **Trade Debt** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition date, the claim is: Check all that apply. | $1,570.76 |

**Totcraft**
11111 KatyFree way, Suite#910
Houston, TX 77098

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022 - 2023__

Basis for the claim: __Trade Debt / Critical Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190,050.00 |

**Unique**
71 S. Central Avenue
Valley Stream, NY 11580

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022 - 2023__

Basis for the claim: __MCA loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $262,000.00 |

**Uptown Fund LLC**
211 Boulevard of the Americas
Lakewood, NJ 08701

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022 - 2023__

Basis for the claim: __MCA loan__

Last 4 digits of account number __2023__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,700.00 |

**Vezolve LLC**
1510E 9th St. Apt 108
Tucson, AZ 85719

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022 - 2023__

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,086.94 |

**Vyaya**
4104 Callan Blvd.
Daly City, CA 94015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022 - 2023__

Basis for the claim: __Trade Debt / Critical Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $236,857.00 |

**Web Fund LLC**
99 Washington Ave., Ste 1008
Albany, NY 12260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022 - 2023__

Basis for the claim: __MCA loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111,920.00 |

**Web Fund LLC**
99 Washington Ave., Ste 1008
Albany, NY 12260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022 - 2023__

Basis for the claim: __MCA loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40478    Doc# 1    Filed: 04/25/23    Entered: 04/25/23 18:48:56    Page 37 of 74

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,394.06 |
|---|---|---|---|
| | **Xiamen Like Electronic Commerce**<br>**Room 1106, building B,**<br>**Haixi Financial Plaza**<br>**213-219 Donghuang Road**<br>**Huli District, Fujian Province** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2022 - 2023 | Basis for the claim:  Trade Debt / Critical Vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,130.43 |
|---|---|---|---|
| | **Yuhua Zhou**<br>**1016 16th Street #343**<br>**San Francisco, CA 94107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2022 - 2023 | Basis for the claim:  Accounting fee | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,565.22 |
|---|---|---|---|
| | **Zaw Lwin**<br>**1811 Noemi Dr**<br>**Concord, CA 94519** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2022 - 2023 | Basis for the claim:  Services / Software Engineer | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,000.00 |
|---|---|---|---|
| | **Zeying Li**<br>**2025 10th Ave**<br>**San Francisco, CA 94116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2022 - 2023 | Basis for the claim:  Services / Solutions Architect | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,995.33 |
|---|---|---|---|
| | **ZoomInfo Technologies LLC**<br>**805 Broadway Street Ste 900**<br>**Vancouver, WA 98660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2022 - 2023 | Basis for the claim:  Trade debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Uptown Fund LLC**<br>**c/o David Fogel PC**<br>**1225 Franklin Avenue**<br>**Garden City, NY 11530** | Line  **3.70**<br><br>☐  Not listed. Explain ____ | _ |

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 6,853,683.38 |

Debtor     **Cenports Commerce Inc.**
           Name

Case number (if known) _____

**5c. Total of Parts 1 and 2**
    Lines 5a + 5b = 5c.

5c.    $ _____ **6,853,683.38**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property*
   (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse lease for portion of 1742 Sabre and entirety of 1752 Sabre (including adjacent yard) in Hayward, CA. The lease commended on August 12, 2021 with termination date of August 12, 2024. Option to renew for 3 years must be agreed upon by landlord and tenant 90 days prior to the end of the lease date. Current base rent is $66,690 until August 2023; effective August 2023, the new base rent will be $69,654 until the end date of August 12, 2024.** | |
| | State the term remaining | **8/12/2024** | |
| | List the contract number of any government contract | | **HA 2020 LLC**<br>**1025 Barroilhet Dr.**<br>**Hillsborough, CA 94010** |

Debtor name     **Cenports Commerce Inc.**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)     _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor                                    Column 2: Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Cenports, LLC | 2695 McCone Avenue<br>Hayward, CA 94545 | First Corporate Solutions | ■ D  **2.7**<br>☐ E/F  _____<br>☐ G  _____ |
| 2.2 | Derrick Chen | 2054 32nd Avenue<br>San Francisco, CA 94116 | Paypal Loan | ☐ D  _____<br>■ E/F  **3.49**<br>☐ G  _____ |
| 2.3 | Derrick Chen | 2054 32nd Avenue<br>San Francisco, CA 94116 | PIRS Capital, LLC | ■ D  **2.10**<br>☐ E/F  _____<br>☐ G  _____ |
| 2.4 | Derrick Chen | 2054 32nd Avenue<br>San Francisco, CA 94116 | ARC 1 | ☐ D  _____<br>■ E/F  **3.7**<br>☐ G  _____ |
| 2.5 | Derrick Chen | 2054 32nd Avenue<br>San Francisco, CA 94116 | ARC 2 | ☐ D  _____<br>■ E/F  **3.8**<br>☐ G  _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                      Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.6 | **Derrick Chen** | **2054 32nd Avenue**<br>**San Francisco, CA 94116** | **Forward Financing** | ☐ D _____<br>■ E/F __**3.24**__<br>☐ G _____ |
| 2.7 | **Derrick Chen** | **2054 32nd Avenue**<br>**San Francisco, CA 94116** | **FundBox** | ■ D __**2.9**__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Derrick Chen** | **2054 32nd Avenue**<br>**San Francisco, CA 94116** | **Web Fund LLC** | ☐ D _____<br>■ E/F __**3.73**__<br>☐ G _____ |
| 2.9 | **Derrick Chen** | **2054 32nd Avenue**<br>**San Francisco, CA 94116** | **Web Fund LLC** | ☐ D _____<br>■ E/F __**3.74**__<br>☐ G _____ |
| 2.10 | **Derrick Chen** | **2054 32nd Avenue**<br>**San Francisco, CA 94116** | **Halo T LLC** | ☐ D _____<br>■ E/F __**3.30**__<br>☐ G _____ |
| 2.11 | **Derrick Chen** | **2054 32nd Avenue**<br>**San Francisco, CA 94116** | **Unique** | ☐ D _____<br>■ E/F __**3.69**__<br>☐ G _____ |
| 2.12 | **Derrick Chen** | **2054 32nd Avenue**<br>**San Francisco, CA 94116** | **Uptown Fund LLC** | ☐ D _____<br>■ E/F __**3.70**__<br>☐ G _____ |
| 2.13 | **Derrick Chen** | **2054 32nd Avenue**<br>**San Francisco, CA 94116** | **Wynwest Advance LLC** | ■ D __**2.17**__<br>☐ E/F _____<br>☐ G _____ |

| | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| 2.14 **Derrick Chen** | **2054 32nd Avenue**<br>**San Francisco, CA 94116** | **HA 2020 LLC** | ☐ D _____<br>■ E/F __3.29__<br>☐ G _____ |
| 2.15 **Derrick Run**<br>**Long Chen** | **2054 32nd Ave**<br>**San Francisco, CA 94116** | **First Corporate**<br>**Solutions** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.16 **Finess**<br>**Aesthetics LLC** | **c/o Dominick Dale, Esq.**<br>**70-02 Nansen Street**<br>**Forest Hills, NY 11375** | **Uptown Fund LLC** | ☐ D _____<br>■ E/F __3.70__<br>☐ G _____ |
| 2.17 **Jerry Vuong** | **1742 Sabre**<br>**Hayward, CA 94545** | **HA 2020 LLC** | ☐ D _____<br>■ E/F __3.29__<br>☐ G _____ |
| 2.18 **Sent Ports**<br>**Trading** | **2530 Berryessa Road**<br>**San Jose, CA 95132** | **First Corporate**<br>**Solutions** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.19 **Think Giant Labs**<br>**LLC** | **2054 32nd Ave**<br>**San Francisco, CA 94116** | **First Corporate**<br>**Solutions** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |

Case: 23-40478    Doc# 1    Filed: 04/25/23    Entered: 04/25/23 18:48:56    Page 43 of 74

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other | **$1,436,826.61** |
   | **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | **$7,151,355.85** |
   | **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | **$5,919,573.45** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **SEE THE ATTACHED SPREADSHEET FOR PAYMENT MADE WITHIN 90 DAYS BEFORE FILING** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Shui (Sunny) Leung**<br><br>**Chief Business Development Officer** | **within 1 year prior to the petition date** | **$0.00** | **Compensation** |
| 4.2. **Victor Som**<br><br>**CRO** | **within 1 year prior to the petition date** | **$0.00** | **Compensation** |
| 4.3. **Jerry Vuong**<br><br>**Chief Operating Officer** | **within 1 year prior to the petition date** | **$0.00** | **Compensation** |
| 4.4. **Yuling Zhong**<br><br>**Spouse of Derrick Chen / Operating Manager** | **within 1 year prior to the petition date** | **$0.00** | **Compensation** |
| 4.5. **Derrick Chen**<br>**2054 32nd Avenue**<br>**San Francisco, CA 94116**<br>**Chief Executive Officer** | **within 1 year prior to the petition date** | **$0.00** | **Compensation** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** | **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Uptown Fund LLC v. Finesse Aesthetics LLC et al 505254/2023** | **Breach of Contract** | **Supreme Court of the State of New York County of Kings 360 Adams Street #4 Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Law Offices of Michael Jay Berger** **9454 Wilshire Blvd, 6th Floor** **Beverly Hills, CA 90212** | **The retainer and the filing fee was paid by Derrick Chen.  Mr. Chen is not a creditor of the Debtor and make the payment as a gift contribution to the Debtor.** | **4/17/2023** | **$21,738.00** |
| **Email or website address** **Michael.Berger@bankruptcypower.c om** | | | |
| **Who made the payment, if not debtor?** **Derrick Chen** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
| --- | --- |

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository Institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |
| **1742 - 1752 Sabre Hayward, CA 94545** | **Derrick Chen Jerry Voult** | **Various inventory (not owned by the Debtor) located at a warehouse facility. Debtor is a B2B dropshiping company. It acts as a middleman between the supplier and the business customer, handling the warehousing and shipments of the products. Debtor sells products on Wayfair, Home Depot, Lowes, Overstock, Target, Walmart, Petco, BJ Wholesale, E-bay, QVC, Saks Fifth Avenue, Macy's, Brookstone among others. Debtor carries the inventory on consignment but does not itself own any of the items.** | ☐ No ■ Yes |

Case: 23-40478   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 18:48:56   Page 48 of 74

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various Owners** | | | **$0.00** |
| **See Response to Question #20** | | | |

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■  None

| Business name address | Describe the nature of the business | Employer identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**

Case: 23-40478    Doc# 1    Filed: 04/25/23    Entered: 04/25/23 18:48:56    Page 49 of 74

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Rae Stewart**<br>**1742 Sabre Street**<br>**Hayward, CA 94545** | **9/1/2021** |
| 26a.2. | **Jackie Zhou**<br>**1742 Sabre Street**<br>**Hayward, CA 94545** | **1/7/2021** |
| 26a.3. | **Yvonne Zhang**<br>**1742  Sabre Street**<br>**Hayward, CA 94545** | **10/15/2021** |
| 26a.4. | **Karie Liu**<br>**1742 Sabre Street**<br>**Hayward, CA 94545** | **11/20/2019** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **Rae Stewart**<br>**1742 Sabre Street**<br>**Hayward, CA 94545** | **9/1/2021** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Cenports Commerce Holding Inc. | 2054 32nd Avenue<br>San Francisco, CA 94116 | Sole shareholder of Cenports Commerce Inc.<br>The CEO of Cenports Commerce Holdings Inc. is Derrik Chen.<br>The COO of Cenports Commerce Holdings Inc. is Jerry Vuong | 100% ownership interest in the Debtor. |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer identification number of the pension fund |
|--------------------------|----------------------------------------------------|

Debtor    **Cenports Commerce Inc.**                          Case number *(if known)* _____

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    4/25/2023

Signature of individual signing on behalf of the debtor          **Derrick Chen**
                                                                  Printed name

Position or relationship to debtor    **CEO of Cenports Commerce Holding Inc.,**
                                      **Debtor's shareholder**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

| Transaction | Description | Amount | Text |
|---|---|---|---|
| 1/26/2023 | ACH DEBIT | 6,950.00 | ACKKOOL INNOVATI BUSBILLPAY TRAN#813 CENPORTS COMMERCE INC. |
| 2/17/2023 | ACH DEBIT | 10,000.00 | AMEX EPAYMENT ACH PMT W4050 Cenports Commerce Inc |
| 2/8/2023 | ACH DEBIT | 5,000.00 | AMEX EPAYMENT ACH PMT W5336 Cenports Commerce Inc |
| 1/24/2023 | ACH DEBIT | 7,000.00 | AMEX EPAYMENT ACH PMT W7684 Cenports Commerce Inc |
| 1/18/2023 | ACH DEBIT | 7,000.00 | AMEX EPAYMENT ACH PMT W7892 Cenports Commerce Inc |
| 2/14/2023 | ACH DEBIT | 5,000.00 | AMEX EPAYMENT ACH PMT W8420 Cenports Commerce Inc |
| 1/24/2023 | ACH DEBIT | 7,000.00 | AMEX EPAYMENT ACH PMT W8600 Cenports Commerce Inc |
| 2/28/2023 | ACH DEBIT | 26,363.79 | Arc Technologies A-1b190a94 03a7edc8daea43b Cenports Commerce Inc. |
| 1/20/2023 | ACH DEBIT | 44,265.29 | Arc Technologies A-37bc5a0b 7ab3c46b9594cf Cenports Commerce Inc. |
| 2/21/2023 | ACH DEBIT | 44,375.21 | Arc Technologies A-be11f762 f2d8d7eda5e34bd Cenports Commerce Inc. |
| 1/23/2023 | ACH DEBIT | 30,466.16 | Arc Technologies A-c4986d6d2 bd5cb10891c249d Cenports Commerce Inc. |
| 1/18/2023 | ACH DEBIT | 8,534.00 | Bill.com Payables 025BECKWINEBWKP Cenports Commerce |
| 1/17/2023 | ACH DEBIT | 8,322.00 | Bill.com Payables 025BRNPUYBEA9YS Cenports Commerce |
| 1/30/2023 | ACH DEBIT | 15,681.20 | Bill.com Payables 025EPBWQQOEO42D Cenports Commerce |
| 2/16/2023 | ACH DEBIT | 20,810.75 | Bill.com Payables 025KASADTSF8PS1 Cenports Commerce |
| 3/6/2023 | ACH DEBIT | 21,415.25 | Bill.com Payables 025KJGEAUQFS7HD Cenports Commerce |
| 2/7/2023 | ACH DEBIT | 23,841.35 | Bill.com Payables 025LGJMDCCEXP64 Cenports Commerce |
| 2/8/2023 | ACH DEBIT | 13,492.41 | Bill.com Payables 025LOO2UKIEZ9ZP Cenports Commerce |
| 2/27/2023 | ACH DEBIT | 15,730.20 | Bill.com Payables 025QNVSVZBFJFGQ Cenports Commerce |
| 2/9/2023 | ACH DEBIT | 18,155.00 | Bill.com Payables 025RJIIXRFFOTI8 Cenports Commerce |
| 1/26/2023 | ACH DEBIT | 17,960.49 | Bill.com Payables 025VFZVAZXEL8N3 Cenports Commerce |
| 2/8/2023 | ACH DEBIT | 28,985.20 | Bill.com Payables 025XTIWSBYEZSBS Cenports Commerce |
| 1/24/2023 | ACH DEBIT | 19,371.10 | Bill.com Payables 025XUMUDSKEIFQ8 Cenports Commerce |
| 2/10/2023 | ACH DEBIT | 8,703.81 | Bill.com Payables 025YGVDLMUF2BDS Cenports Commerce |
| 2/28/2023 | ACH DEBIT | 9,735.80 | Bill.com Payables 025ZLWTXQGFL1XE Cenports Commerce |
| 2/14/2023 | ACH DEBIT | 10,035.53 | BLUEX TRADE INC. BUSBILLPAY TRAN#819 CENPORTS COMMERCE INC. |
| 2/3/2023 | ACH DEBIT | 10,869.85 | Brex Inc. PAYMENTS BREXI7Rrvi5iYK Analysis Checking |
| 2/28/2023 | ACH DEBIT | 9,455.05 | Brex Inc. PAYMENTS BREXI7gLu9n9xK Analysis Checking |
| 4/3/2023 | ACH DEBIT | 28,064.09 | Brex Inc. PAYMENTS BREXi7hCfArAjb Analysis Checking |
| 2/16/2023 | ACH DEBIT | 10,000.00 | CENPORTS PING PO BUSBILLPAY TRAN#826 CENPORTS COMMERCE INC. |
| 1/18/2023 | ACH DEBIT | 12,281.25 | FORWARD FINANCIN FF CENPORTS COMMERCE, INC |
| 1/25/2023 | ACH DEBIT | 12,281.25 | FORWARD FINANCIN FF CENPORTS COMMERCE, INC |
| 2/1/2023 | ACH DEBIT | 12,281.25 | FORWARD FINANCIN FF CENPORTS COMMERCE, INC |

Case: 23-40478   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 18:48:56   Page 53 of 74

| Date | Type | Amount | Description |
|---|---|---|---|
| 2/8/2023 | ACH DEBIT | 12,281.25 | FORWARD FINANCIN FF CENPORTS COMMERCE, INC |
| 2/15/2023 | ACH DEBIT | 12,281.25 | FORWARD FINANCIN FF CENPORTS COMMERCE, INC |
| 2/22/2023 | ACH DEBIT | 12,281.25 | FORWARD FINANCIN FF CENPORTS COMMERCE, INC |
| 3/1/2023 | ACH DEBIT | 12,281.25 | FORWARD FINANCIN FF CENPORTS COMMERCE, INC |
| 3/8/2023 | ACH DEBIT | 12,281.25 | FORWARD FINANCIN FF CENPORTS COMMERCE, INC |
| 3/15/2023 | ACH DEBIT | 12,281.25 | FORWARD FINANCIN FF CENPORTS COMMERCE, INC |
| 3/15/2023 | ACH DEBIT | 6,000.00 | FORWARD FINANCIN FF CENPORTS COMMERCE, INC |
| 2/9/2023 | ACH DEBIT | 8,529.39 | Fundbox INC. ADV DEBIT AjgORw FSELBA Analysis Checking |
| 3/9/2023 | ACH DEBIT | 8,689.67 | Fundbox INC. ADV DEBIT AjgORw MSAIIA Analysis Checking |
| 2/13/2023 | ACH DEBIT | 5,753.50 | INTUIT FINANCING QBC_PMTS CENPORTS COMMERCE |
| 3/13/2023 | ACH DEBIT | 5,753.50 | INTUIT FINANCING QBC_PMTS CENPORTS COMMERCE |
| 4/11/2023 | ACH DEBIT | 5,753.50 | INTUIT FINANCING QBC_PMTS CENPORTS COMMERCE |
| 1/18/2023 | ACH DEBIT | 10,250.00 | KARIE LIU BUSBILLPAY TRAN#809 CENPORTS COMMERCE INC. |
| 2/17/2023 | ACH DEBIT | 10,250.00 | KARIE LIU BUSBILLPAY TRAN#829 CENPORTS COMMERCE INC. |
| 1/17/2023 | ACH DEBIT | 5,006.00 | Parker UI desc 11hwd1qz166frvy Analysis Checking |
| 1/17/2023 | ACH DEBIT | 5,001.00 | Parker UI desc 11hwd1rr166g1ph Analysis Checking |
| 1/17/2023 | ACH DEBIT | 5,001.00 | Parker UI desc 11hwd1rr166g1q5 Analysis Checking |
| 1/17/2023 | ACH DEBIT | 7,001.00 | Parker UI desc 11hwd1rr166g1sc Analysis Checking |
| 1/18/2023 | ACH DEBIT | 5,002.00 | Parker UI desc 11hwfp2n168rd54 Analysis Checking |
| 1/18/2023 | ACH DEBIT | 7,002.00 | Parker UI desc 11hwfp4y168rs4m Analysis Checking |
| 1/18/2023 | ACH DEBIT | 9,002.00 | Parker UI desc 11hwfp4y168rs4y Analysis Checking |
| 1/18/2023 | ACH DEBIT | 7,003.00 | Parker UI desc 11hwfp4y168rs5b Analysis Checking |
| 1/27/2023 | ACH DEBIT | 5,005.00 | Parker UI desc 11hx82gy16w1tnn Analysis Checking |
| 1/30/2023 | ACH DEBIT | 5,001.00 | Parker UI desc 11hxfakw170agxp Analysis Checking |
| 1/30/2023 | ACH DEBIT | 5,001.00 | Parker UI desc 11hxfakw170agy3 Analysis Checking |
| 1/30/2023 | ACH DEBIT | 5,001.00 | Parker UI desc 11hxfakw170ayg Analysis Checking |
| 2/17/2023 | ACH DEBIT | 8,004.00 | Parker UI desc 11hxfakx170agyg Analysis Checking |
| 2/24/2023 | ACH DEBIT | 5,004.00 | Parker UI desc 11hyysay187ktg9 Analysis Checking |
| 2/24/2023 | ACH DEBIT | 5,005.00 | Parker UI desc 11hzh7ym18mkahz Analysis Checking |
| 2/27/2023 | ACH DEBIT | 8,005.00 | Parker UI desc 11hzh7ym18mkaja Analysis Checking |
| 3/3/2023 | ACH DEBIT | 5,005.00 | Parker UI desc 11hzs52e18spswb Analysis Checking |
| 3/3/2023 | ACH DEBIT | 6,005.00 | Parker UI desc 11j04bn81940gmj Analysis Checking |
| 3/3/2023 | ACH DEBIT | 6,005.00 | Parker UI desc 11j04bn81940gps Analysis Checking |
| 3/3/2023 | ACH DEBIT | 7,005.00 | Parker UI desc 11j04bn81940gq8 Analysis Checking |
| 1/20/2023 | ACH DEBIT | 23,292.65 | Pirs Capital LLC PIRS ACH CustID191459-18 CENPORTS COMMERCE INC. |
| 1/27/2023 | ACH DEBIT | 23,292.65 | Pirs Capital LLC PIRS ACH CustID191459-18 CENPORTS COMMERCE INC. |

| Date | Type | Amount | Description |
|---|---|---|---|
| 2/3/2023 | ACH DEBIT | 23,292.65 | Pirs Capital LLC PIRS ACH CustID191459-18 CENPORTS COMMERCE INC. |
| 2/10/2023 | ACH DEBIT | 23,292.65 | Pirs Capital LLC PIRS ACH CustID191459-18 CENPORTS COMMERCE INC. |
| 2/17/2023 | ACH DEBIT | 23,292.65 | Pirs Capital LLC PIRS ACH CustID191459-18 CENPORTS COMMERCE INC. |
| 2/24/2023 | ACH DEBIT | 23,292.65 | Pirs Capital LLC PIRS ACH CustID191459-18 CENPORTS COMMERCE INC. |
| 3/3/2023 | ACH DEBIT | 23,292.65 | Pirs Capital LLC PIRS ACH CustID191459-18 CENPORTS COMMERCE INC. |
| 3/10/2023 | ACH DEBIT | 23,292.65 | Pirs Capital LLC PIRS ACH CustID191459-18 CENPORTS COMMERCE INC. |
| 3/31/2023 | ACH DEBIT | 23,292.65 | Pirs Capital LLC PIRS ACH CustID191459-18 CENPORTS COMMERCE INC. |
| 3/17/2023 | ACH DEBIT | 10,650 | UFS WellsFargo |
| 3/30/2023 | ACH DEBIT | 10,000 | Uptown Chase |
| 3/30/2023 | ACH DEBIT | 5,319.50 | Uptown Chase |
| 3/16/2023 | ACH DEBIT | 10,000 | Uptown Chase |
| 3/16/2023 | ACH DEBIT | 5,320 | Uptown Chase |
| 3/23/2023 | ACH DEBIT | 10,000 | Uptown Chase |
| 3/23/2023 | ACH DEBIT | 5,320 | Uptown Chase |
| 2/9/2023 | ACH DEBIT | 9,743.37 | VYAYA, INC VYAYA BUSBILLPAY TRAN#818 CENPORTS COMMERCE INC. |
| 1/17/2023 | ACH DEBIT | 12,142.85 | WEBFUNDLLC ACHPAYMENT W002 CENPORTS COMMERCE INC |
| 1/23/2023 | ACH DEBIT | 12,142.85 | WEBFUNDLLC ACHPAYMENT W003 CENPORTS COMMERCE INC |
| 1/30/2023 | ACH DEBIT | 12,142.85 | WEBFUNDLLC ACHPAYMENT W004 CENPORTS COMMERCE INC |
| 2/6/2023 | ACH DEBIT | 12,142.85 | WEBFUNDLLC ACHPAYMENT W005 CENPORTS COMMERCE INC |
| 2/10/2023 | ACH DEBIT | 6,995.00 | WEBFUNDLLC ACHPAYMENT W006 CENPORTS COMMERCE INC |
| 2/13/2023 | ACH DEBIT | 12,142.85 | WEBFUNDLLC ACHPAYMENT W007 CENPORTS COMMERCE INC |
| 2/17/2023 | ACH DEBIT | 6,995.00 | WEBFUNDLLC ACHPAYMENT W008 CENPORTS COMMERCE INC |
| 2/21/2023 | ACH DEBIT | 12,142.85 | WEBFUNDLLC ACHPAYMENT W009 CENPORTS COMMERCE INC |
| 2/24/2023 | ACH DEBIT | 6,995.00 | WEBFUNDLLC ACHPAYMENT W010 CENPORTS COMMERCE INC |
| 2/27/2023 | ACH DEBIT | 12,142.85 | WEBFUNDLLC ACHPAYMENT W011 CENPORTS COMMERCE INC |
| 3/3/2023 | ACH DEBIT | 6,995.00 | WEBFUNDLLC ACHPAYMENT W012 CENPORTS COMMERCE INC |
| 3/6/2023 | ACH DEBIT | 12,142.85 | WEBFUNDLLC ACHPAYMENT W013 CENPORTS COMMERCE INC |
| 3/10/2023 | ACH DEBIT | 6,995.00 | WEBFUNDLLC ACHPAYMENT W014 CENPORTS COMMERCE INC |
| 3/13/2023 | ACH DEBIT | 12,142.85 | WEBFUNDLLC ACHPAYMENT W015 CENPORTS COMMERCE INC |
| 3/24/2023 | ACH DEBIT | 6,995.00 | WEBFUNDLLC ACHPAYMENT W017 CENPORTS COMMERCE INC |
| 4/7/2023 | ACH DEBIT | 6,995.00 | WEBFUNDLLC ACHPAYMENT W019 CENPORTS COMMERCE INC |
| 4/10/2023 | ACH DEBIT | 12,142.85 | WEBFUNDLLC ACHPAYMENT W020 CENPORTS COMMERCE INC |
| 2/6/2023 | WIRE TRAN | 41,558.60 | WIRE OUT 230206L1B77D1C0022432023037034448;BNF HOMELEGANCE, INC. |
| 2/6/2023 | WIRE TRAN | 13,000.00 | WIRE OUT 230206L1B77D1C0022812023037033368;BNF STUFURHOME LLC |

| Date | Type | Amount | Description |
|---|---|---|---|
| 2/23/2023 | WIRE TRAN | 10,000.00 | WIRE OUT 230223L1B77D1C00074220230230540 3686;BNF STUFURHOME LLC |
| 2/24/2023 | WIRE TRAN | 11,468.76 | WIRE OUT 230224L1B77D1C006131202305523672;BNF SYNERGY HOUSEFURNITURE SB |
| 2/24/2023 | WIRE TRAN | 10,650.00 | WIRE OUT 230224L1B77D1C006140202305523673;BNF STUFURHOME LLC |
| 2/28/2023 | WIRE TRAN | 24,000.00 | WIRE OUT 230228L1B77D1C008108202305933174;BNF STUFURHOME LLC |
| 1/23/2023 | WIRE TRAN | 36,874.21 | WIRE OUT 2302322945002023232945;BNF BLUEX TRADE INC. |
| 3/7/2023 | WIRE TRAN | 23,500.00 | WIRE OUT 230307L1B77D1C00559620230662447;BNF STUFURHOME LLC |
| 3/30/2023 | WIRE TRAN | 20,000.00 | WIRE OUT 230330L1B77D1C007191202308924024;BNF CENPORTS COMMERCE INC |
| 2/17/2023 | WIRE TRAN | 6,054.17 | WIRE OUT 23048004430020230480044433;BNF AIRWALLEX (HONG KONG) LIMITED |
| 1/17/2023 | WIRE TRAN | 15,576.92 | Cedar First Republic |
| 1/24/2023 | ACH DEBIT | 15,576.92 | Cedar First Republic |
| 1/24/2023 | ACH DEBIT | 15,576.92 | Cedar First Republic |
| 1/31/2023 | ACH DEBIT | 23,870.00 | Halo First Republic |
| 1/24/2023 | ACH DEBIT | 23,870.00 | Halo First Republic |
| 1/30/2023 | ACH DEBIT | 23,870.00 | Halo First Republic |
| 1/31/2023 | ACH DEBIT | 23,870.00 | Halo First Republic |
| 2/7/2023 | ACH DEBIT | 23,870.00 | Halo First Republic |
| 2/14/2023 | ACH DEBIT | 23,870.00 | Halo First Republic |
| 2/22/2023 | ACH DEBIT | 23,870.00 | Halo First Republic |
| 23-Feb | ACH DEBIT | 10,650.00 | UFS First Republic |
| 3/2/2023 | ACH DEBIT | 10,650.00 | UFS First Republic |
| 3/1/2023 | ACH DEBIT | 23,870.00 | UFS First Republic |
| 3/9/2023 | ACH DEBIT | 10,650.00 | UFS First Republic |
| 3/8/2023 | ACH DEBIT | 23,870.00 | UFS First Republic |
| 3/16/2023 | ACH DEBIT | 10,650.00 | UFS First Republic |
| 3/3/2023 | ACH DEBIT | 2,320.00 | WYNWEST ADVANCE;CENPORTS C;ID-3090; |
| 3/6/2023 | ACH DEBIT | 2,320.00 | WYNWEST ADVANCE;CENPORTS C;ID-3090; |
| 3/7/2023 | ACH DEBIT | 2,320.00 | WYNWEST ADVANCE;CENPORTS C;ID-3090; |
| 3/8/2023 | ACH DEBIT | 2,320.00 | WYNWEST ADVANCE;CENPORTS C;ID-3090; |
| 3/9/2023 | ACH DEBIT | 2,320.00 | WYNWEST ADVANCE;CENPORTS C;ID-3090; |
| 3/10/2023 | ACH DEBIT | 2,320.00 | WYNWEST ADVANCE;CENPORTS C;ID-3090; |
| 3/13/2023 | ACH DEBIT | 2,320.00 | WYNWEST ADVANCE;CENPORTS C;ID-3090; |
| 3/14/2023 | ACH DEBIT | 2,320.00 | WYNWEST ADVANCE;CENPORTS C;ID-3090; |
| 3/15/2023 | ACH DEBIT | 2,320.00 | WYNWEST ADVANCE;CENPORTS C;ID-3090; |
| 3/16/2023 | ACH DEBIT | 2,320.00 | WYNWEST ADVANCE;CENPORTS C;ID-3090; |
| 3/17/2023 | ACH DEBIT | 2,320.00 | WYNWEST ADVANCE;CENPORTS C;ID-3090; |

3/20/2023 ACH DEBIT    2,320.00 WVYNWEST ADVANCE;CENPORTS C;ID-3090;
3/21/2023 ACH DEBIT    2,320.00 WVYNWEST ADVANCE;CENPORTS C;ID-3090;
3/22/2023 ACH DEBIT    2,320.00 WVYNWEST ADVANCE;CENPORTS C;ID-3090;
3/23/2023 ACH DEBIT    2,320.00 WVYNWEST ADVANCE;CENPORTS C;ID-3090;

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of California

In re **Cenports Commerce Inc.** _____  Case No. _____

                                        Debtor(s)              Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept A RETAINER OF _____  $ _____**20,000.00**

    Prior to the filing of this statement I have received A RETAINER OF _____  $ _____**20,000.00**

    Balance Due _____  $ _____**0.00**

2.    $__**1,738.00**__ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

    ☐ Debtor    ☑ Other (specify): **Derrick Chen paid the $20,000 retainer and the $1,738.00 filing fee from his personal funds.**

    **The $21,738 was paid as a gift contribution on behalf of the Debtor and no repayment will be sought.**

4.    The source of compensation to be paid to me is:

    ☑ Debtor    ☐ Other (specify):

5.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_4/24/2023_____         _/s/ Michael Jay Berger_____
Date

                                      **Michael Jay Berger**
                                      _Signature of Attorney_
                                      **Law Offices of Michael Jay Berger**
                                      **9454 Wilshire Boulevard, 6th floor**
                                      **Beverly Hills, CA 90212**
                                      **(310) 271-6223  Fax: (310) 271-9805**
                                      **michael.berger@bankruptcypower.com**
                                      _Name of law firm_

# United States Bankruptcy Court
## Northern District of California

In re   **Cenports Commerce Inc.**

                             Debtor(s)

Case No. _____

Chapter   **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Cenports Commerce Holding Inc.**<br>**2054 32nd Avenue**<br>**San Francisco, CA 94116** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **CEO of Cenports Commerce Holding Inc., Debtor's shareholder** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   4/25/2023 _____

Signature   _~~Derrick Chen~~_
                        **Derrick Chen**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of California

In re __Cenports Commerce Inc.__ _____

Debtor(s)

Case No. _____
Chapter __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of Cenports Commerce Holding Inc., Debtor's shareholder of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  __4/25/2023__ _____

__Derrick Chen/CEO of Cenports Commerce Holding Inc., Debtor's shareholder__
Signer/Title

Acekool Innovation Inc.
7550 Wood Road, Ste 150
Douglasville, GA 30134


Ad-shot LLC
815 Ponce de Leon Blvd, Suite 209
Miami, FL 33134


Alejandro Lai-Leung
2054 32nd Avenue
San Francisco, CA 94116


American Express
c/o Becket and Lee
PO Box 3001
Malvern, PA 19355


Apex Maritime
577 Airport Boulevard, Ste 800
Burlingame, CA 94010


ARC 1
1481 Folsom Street
San Francisco, CA 94103


ARC 2
1481 Folsom Street
San Francisco, CA 94103


Bay Area Tires
PO Box 4643
San Mateo, CA 94404

Bazaarvoice, Inc.
10901 Stonelake Blvd.
Austin, TX 78759


Benedetti Sousa Importation Inc.
603-8115 Boulevard
Du Saint Laurent
Quebec, Canada J4X2W9


Blue X
20955 Pathfinder Rd., Ste 230
Diamond Bar, CA 91765-4024


Brex
12832 Frontrunner Blvd., Ste 500
Draper, UT 84020


Camden Isle
11421 Northwest 107th Street
Unit 18
Miami, FL 33178


Canyon Home Furnishing
601 E 21st St
Oakland, CA 94606


Castle Gate
Subsidiary of Wayfair
4 Copley Place, Floor 6
Boston, MA 02116


Cennos Inc.
4992 Volterra Court
Dublin, CA 94568

Cenports, LLC
2695 McCone Avenue
Hayward, CA 94545


Chase
270 Park Avenue
New York, NY 10017


CHTD Company as Representative
PO Box 2576
Springfield, IL 62708


Concepts Plus Limited
57 Philipsburgh Avenue
Bushfield House
Fairview, Dublin, Ireland


Corporation Service Company
801 Adlai Stevendon Drive
Springfield, IL 62703


Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703-4261


Corporation Service Company
801 Aldai Stevenson Drive
Springfield, IL 62703-4261


Corporation Service Company
PO Box 2576
Springfield, IL 62708

Derrick Chen
2054 32nd Avenue
San Francisco, CA 94116


Derrick Run Long Chen
2054 32nd Ave
San Francisco, CA 94116


Design Gallerie
5220 W. Lovers Ln.
Dallas, TX 75209


Divvy
13707 S. 200 W. Draper Ste. 100
Draper, UT 84020


EleLighting LLC
1940 Ulster Street
Denver, CO 80220


Finess Aesthetics LLC
c/o Dominick Dale, Esq.
70-02 Nansen Street
Forest Hills, NY 11375


First Corporate Solutions
914 S Street
Sacramento, CA 95811


Fisherbroyles, LLP
945 East Paces Ferry Road NE
Suite 2000
Atlanta, GA 30326

Forward Financing
53 State Street 20th Floor
Boston, MA 02109


FundBox
6900 Dallas Pkwy #700
Plano, TX 75024


FundBox
268 Bush Street, #2821
San Francisco, CA 94104


Gingko Home Furnishings
903 Castro Street
Millbrae, CA 94030


Global Supply Company
20628 Corsair Blvd
Hayward, CA 94545


Grand & Eight
The South of Huangshu, Dipu Town
Anji County
Zhejiang Province, China


Gusto
525 20th Street
San Francisco, CA 94107


HA 2020 LLC
1025 Barroilhet Dr.
Burlingame, CA 94010

HA 2020 LLC
1025 Barroilhet Dr.
Hillsborough, CA 94010


Halo T LLC
1056 Neilson Street
Far Rockaway, NY 11691


Heeler LLC
1438 Balboa Street
San Francisco, CA 94118


Highland Trading Company
4811 Emerson Avenue Ste 207
Palatine, IL 60067


Homelegance, Inc.
48200 Fremont Blvd.
Fremont, CA 94538


Homesun Electric Appliance
High Li, Room 401B, 4/F
Kingsford Industrial Centre
13 Wang Hoi Rd
Kowloon Bay, HK


Irene Wu
20 Kinder Lane
Burlingame, CA 94010


Jerry Vuong
1742 Sabre
Hayward, CA 94545

Jonathan Wong
92 Minerva St
San Francisco, CA 94112


Karie Liu
8555 Dunes Way
Newark, CA 94560


Karington Management LLC
8555 Dunes Way
Newark, CA 94560


Keiter
4401 Dominion Blvd
Glen Allen, VA 23060


Kelly Spicers
1515 Alvarado Street
San Leandro, CA 94577


Kevin Cai
4204 Callan Blvd
Daly City, CA 94015


Klear Now Corporation
3945 Freedom Cir. Suite 400
Santa Clara, CA 95054


Lcaoful
No.93-2 Yongning Industrial Street
Xiaolan Town, Zhongshan city
Guangdong Province, China

Marvin Nguyen
1717A Palmetto Ave
Pacifica, CA 94044


Megmeet Hongkong Ltd
101 Kings Road
Sing Pao Building, Room 2402, 24F
Fortress Hill, Hongkong


Ngoc Nguyen
2208 18th Ave
San Francisco, CA 94116


Parker
2261 Market Street, Suite 4106
San Francisco, CA 94114


Payability
61 Broadway
New York, NY 10006


Paypal Loan
3505 Silverside Road, Suite 200
Wilmington, DE 19810


PIRS Capital, LLC
1688 Meridian Ave, Ste 700
Miami Beach, FL 33139


Pointstory, LLC
7812 NE 150th St
Kenmore, WA 98028

Pro Floors
172 Sabre Street
Hayward, CA 94545


QCommerce
800 Fifth Avenue, Ste 101
Seattle, WA 98104


QuickBooks Capital
2700 Coast Avenue
Mountain View, CA 94043


Sangdo Furnture Co., LTD
32-19, Gobong-Ro, lsandong-Gu
Goyang-Si
Gyeonggi-Do, Korea


Sent Ports Trading
2530 Berryessa Road
San Jose, CA 95132


Shenzhen Runbing Ecommerce Ltd
Tao Jin Di Da Sha B Zuo 901
Shi Long Hua District
Shenzhen,China


Shenzhen Yi Bang Xin Supply
Chain Management Co Ltd.
1st floor, building 3, No. 19
Min'an Road, Pinghu Street
Longgang District, Shenzhen


Shiu Leung
23078 Aspen Knoll Drive
Diamond Bar, CA 91765

Shop Utopia
1492 E. Francis Street Suite B
Ontario, CA 91761


Sinca Furniture & Bedding Supplies
150 Great Gulf Drive
Vaughan, ON
Canada L4K 5W1


Stufurhome LLC
1752 Sabre Street
Hayward, CA 94545


Sunbesta Company
10F, 98 Zhongshan Xi Road
Ningbo China


Sunset Furniture Int. LLC
Po Box 88926
131 South Dearborn 6th Floor
Chicago, IL 60603


Synergy House Furniture
Lot 19A, LVL 19
Top Grove Tower, 16
Persiaran Setia Dagang
Seksyen U 13 Selangor Malaysia


SZS Capital LLC
c/o Business Capital LLC
88 Pine Street, 26th Floor
New York, NY 10005


Tansole
Room 24-27, 22nd Floor, Rongsheng
Development Building
Zone Langfang City
Hebei Province, China

The Bianco Company
11414 Chaucer Street
Moreno Valley, CA 92557


Think Giant Labs LLC
2054 32nd Ave
San Francisco, CA 94116


Top Ocean Consolidation Service
1350 Old Bayshore Highway Ste 560
Burlingame, CA 94010


Totcraft
11111 KatyFree way, Suite#910
Houston, TX 77098


Toyota Industrial Commercial Finance
PO Box 9050
Coppell, TX 75019-9050


U.S. Small Business Administration
El Paso Loan Service Center
10737 Gateway West, Ste. 300
El Paso, TX 79935


U.S. Small Business Administration
c/o Elan S. Levey
300 N. Los Angeles Street
Fed. Bldg. Rm. 7516
Los Angeles, CA 90012


Unique
71 S. Central Avenue
Valley Stream, NY 11580

Uptown Fund LLC
211 Boulevard of the Americas
Lakewood, NJ 08701


Uptown Fund LLC
c/o David Fogel PC
1225 Franklin Avenue
Garden City, NY 11530


Vezolve LLC
1510E 9th St. Apt 108
Tucson, AZ 85719


Vyaya
4104 Callan Blvd.
Daly City, CA 94015


Web Fund LLC
99 Washington Ave., Ste 1008
Albany, NY 12260


Wolters Kluwer Lien Solutions
PO Box 29071
Glendale, CA 91209


Wolters Kluwer Lien Solutions
PO Box 29071
Glendale, CA 91209-9071


Wynwest Advance LLC
3 Germay Drive, Unit 4 #1491
Wilmington, DE 19804

Xiamen Like Electronic Commerce
Room 1106, building B,
Haixi Financial Plaza
213-219 Donghuang Road
Huli District, Fujian Province


Yuhua Zhou
1016 16th Street #343
San Francisco, CA 94107


Zaw Lwin
1811 Noemi Dr
Concord, CA 94519


Zeying Li
2025 10th Ave
San Francisco, CA 94116


ZoomInfo Technologies LLC
805 Broadway Street Ste 900
Vancouver, WA 98660

# United States Bankruptcy Court
## Northern District of California

In re   **Cenports Commerce Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Cenports Commerce Inc.**   in the above captioned action, certifies that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

**Cenports Commerce Holding Inc. owns 100% interest in Cenports Commerce Inc.**
**2054 32nd Avenue**
**San Francisco, CA 94116**

☐ None [*Check if applicable*]

4/25/2023

Date

/s/Michael Jay Berger

**Michael Jay Berger**

Signature of Attorney or Litigant
Counsel for   **Cenports Commerce Inc.**
**Law Offices of Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223 Fax:(310) 271-9805**
**michael.berger@bankruptcypower.com**