MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone: (310) 271-6223
Facsimile: (310) 271-9805
E-mail: Michael.Berger@bankruptcypower.com

Counsel for Debtor and Debtor-in-Possession,
Cenports Commerce Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Cenports Commerce Inc.,<br><br>    Debtor and Debtor-in-Possession. | CASE NO.: 23-bk-40478 CN 11<br><br>Chapter 11 (Subchapter V)<br><br>**STIPULATION BETWEEN DEBTOR AND ARC TECHNOLOGIES, INC. REGARDING TREATMENT OF CLAIM IN DEBTOR'S AMENDED SUBCHAPTER V PLAN**<br><br>[*No hearing required*] |

    This stipulation (the "Stipulation") is entered into by and between the above-captioned debtor and debtor in possession, Cenports Commerce Inc. (the "Debtor"), and secured creditor ARC Technologies, Inc. ("ARC," collectively with the Debtor, the "Parties").

1

STIPULATION BETWEEN DEBTOR AND ARC TECHNOLOGIES, INC. REGARDING TREATMENT OF CLAIM IN DEBTOR'S AMENDED SUBCHAPTER V PLAN

**Recitals**

WHEREAS, on April 25, 2023 (the "Petition Date"), the Debtor filed a voluntary subchapter V chapter 11 petition for relief under title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Northern District of California (the "Court"), commencing the above-captioned chapter 11 case;

WHEREAS, the Debtor is operating its businesses as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code;

WHEREAS, Debtor scheduled ARC's secured claim in the amount of $163,845.61;

WHEREAS, on July 24, 2023, the Debor filed its Small Business Chapter 11 Plan of Reorganization (the "Plan");

WHEREAS, on October 4, 2023, the Debtor filed its Amended Small Business Chapter 11 Plan of Reorganization (the "Amended Plan");

WHEREAS, the Debtor and ARC, through their respective representatives, have conferred, and hereby stipulate as follows:

**Stipulation**

1. The recitals set forth above are incorporated herein by this reference and shall be deemed a material part of the Stipulation.

2. ARC shall have an allowed secured claim of $163,845.61 under the Debtor's Amended Plan (the "Allowed Secured Claim").

3. ARC's Allowed Secured Claim shall be paid in full within 60 months of the Effective Date of Debtor's Amended Plan, at 13% annual interest, with monthly amortized payments of $3,733.92.

4. Debtor's payments to ARC shall be sent to the following address, unless the Debtor is notified by ARC with an updated address:

2
STIPULATION BETWEEN DEBTOR AND ARC TECHNOLOGIES, INC. REGARDING TREATMENT OF CLAIM IN DEBTOR'S AMENDED SUBCHAPTER V PLAN

Case: 23-40478    Doc# 107    Filed: 11/30/23    Entered: 11/30/23 21:54:39    Page 2 of 10

ARC Technologies, Inc.
325 9th St., Floor 3
San Francisco, CA 94103

8. All payments shall be made payable to "ARC Technologies, Inc.," via ACH or wire payment to:

SVB, a division of First Citizens Bank

ROUTING & TRANSIT #: 121140399

FOR THE CREDIT OF:

Arc Finance I, LLC

CREDIT ACCOUNT #: 3303562416

BY ORDER OF: Cenports Commerce Inc.

or to such other account name and number as updated in writing by ARC to Debtor; or, if no account details have been provided, then mailed to the address shown above. Debtor shall annotate the full loan number on all payments to ARC.

9. If the Debtor or the successor in interest fails to make any payment to ARC required under the Amended Plan by the due date of such payment, then ARC may declare the Debtor or its successor in interest to be in default of the Debtor's obligations under the Amended Plan, and must serve written notice of default to the Debtor, or any attorney for the Debtor.

10. The Debtor shall have ten (10) days from the receipt of the notice of default to cure the default. If the Debtor fails to cure the default, the entire imposed liability, less any payments made by the Debtor, shall become due and payable. ARC may then proceed to collect any unpaid liabilities.

11. The Debtor is entitled to three notices of default over the life of the Amended Plan. Upon a subsequent default after the cure of the third default, the entire imposed liability, together with any unpaid current liabilities, shall become due and payable.

3
STIPULATION BETWEEN DEBTOR AND ARC TECHNOLOGIES, INC. REGARDING TREATMENT OF CLAIM IN DEBTOR'S AMENDED SUBCHAPTER V PLAN

Case: 23-40478    Doc# 107    Filed: 11/30/23    Entered: 11/30/23 21:54:39    Page 3 of 10

12. Unless and until Debtor is in default of its obligations under the Plan to ARC, ARC shall not pursue any collection against any of Debtor's guarantors.

13. The terms of this Stipulation are hereby incorporated in Debtor's Amended Plan through this reference and the Debtor shall reference this Stipulation in its confirmation order.

14. The Stipulation may be amended only by a writing signed by or on behalf of the Arc and the Debtor.

15. This Stipulation constitutes a ballot in favor of Debtor's Amended Plan.

*[Signatures on following page.]*

IT IS SO STIPULATED.

Respectfully submitted,

LAW OFFICE OF MICHAEL JAY BERGER

Dated: 11/30/2023

/s/Michael Jay Berger
MICHAEL JAY BERGER
SOFYA DAVTYAN
Attorneys for Debtor-in-Possession
Cenports Commerce, Inc.

ARC TECHNOLOGIES, INC.

Dated: 11/30/2023

RAJIV BATRA
Head of Legal & Compliance for Creditor
ARC Technologies, Inc.

4
STIPULATION BETWEEN DEBTOR AND ARC TECHNOLOGIES, INC. REGARDING TREATMENT OF CLAIM IN DEBTOR'S AMENDED SUBCHAPTER V PLAN

Case: 23-40478    Doc# 107    Filed: 11/30/23    Entered: 11/30/23 21:54:39    Page 4 of 10

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BETWEEN DEBTOR AND ARC TECHNOLOGIES, INC. REGARDING TREATMENT OF CLAIM IN DEBTOR'S AMENDED SUBCHAPTER V PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/30/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 11/30/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 11/30/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Honorable Charles Novack
United States Bankruptcy Court
1300 Clay Street, Courtroom 215
Oakland, CA 94612

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/30/2023 | Peter Garza | /s/Peter Garza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              F 9013-3.1.PROOF.SERVICE

Case: 23-40478   Doc# 107   Filed: 11/30/23   Entered: 11/30/23 23:54:39   Page 5 of 10

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

Counsel for Debtor: Michael Jay Berger    michael.berger@bankruptcypower.com, michael.berger@ecf.courtdrive.com
U.S. Trustee: Paul Gregory Leahy    Paul.Leahy@usdoj.gov
Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov
Subchapter V Trustee: Mark M. Sharf    mark@sharflaw.com, msharf00@gmail.com;sharf1000@gmail.com; C188@ecfcbis.com;msharf00@gmail.com; 2180473420@filings.docketbird.com
Counsel for Toyota Industries: Scott Fink    bronationalecf@weltman.com
U.S. Trustee: Gregory S. Powell    greg.powell@usdoj.gov, Tina.L.Spyksma@usdoj.gov; douglas.johns@usdoj.gov
David Gonden    david.gonden@bullivant.com
Garry Alan Masterson    BnkEcf-CA@weltman.com, gmasterson@weltman.com
Vinod Nichani    vinod@nichanilawfirm.com, NichaniVR98323@notify.bestcase.com

2. **SERVED BY UNITED STATES MAIL**:

U.S. Trustee
Phillip J. Burton Federal Building
Attn: Paul Gregory Leahy
450 Golden Gate Ave. 5th Fl., #05-0153
San Francsico, CA 94102

Subchapter V Trustee
Mark M. Sharf
Sharft Law Firm
6080 Center Dr., #600
Los Angeles, CA 90045

**SECURED CREDITORS:**

Arc Technologies, Inc.
1481 Folsom Street
San Francisco, CA 94103

Cedar Advance LLC
2917 Ave. I
Brooklyn, NY 11210

FundBox
6900 Dallas Pkwy #700
Plano, TX 75024

FundBox
268 Bush Street, #2821
San Francisco, CA 94104

Halo T LLC
1056 Neilson Street
Far Rockaway, NY 11691

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    Case: 23-40478  Doc# 107  Filed: 11/30/23  Entered: 11/30/23 23:54:35  Page 6 of 10    F 9013-3.1.PROOF.SERVICE

Payability Commercial Factors LLC
61 Broadway
New York, NY 10006

PIRS Capital, LLC
1688 Meridian Ave, Ste 700
Miami Beach, FL 33139

PIRS Capital,  LLC
c/o Foster & Wolkind, PC
80 Fifth Ave., Ste. 1401
New York, NY 1011 (Address from POC)

Swift Financial
PO Box 3023
Milwaukee, WI 53201-3023

Swift Financial
3505 Silverside Rd
Wilmington, DE 19810

Toyota Industrial Commercial Finance
PO Box 9050
Coppell, TX 75019-9050

Toyota Industrial Commercial Finance
c/o Weltman, Weinberg & Reis Co
965 Keynote Circle
Cleveland, OH 44131 (Address from POC)

UFS West LLC
71 S Central Avenue
Valley Stream, NY 11580

Unique Funding Solutions
71 S. Central Avenue
Valley Stream, NY 11580

Uptown Fund LLC
211 Boulevard of the Americas
Lakewood, NJ 08701
Attn: Shanna Kaminski, Esq.

Uptown Fund LLC
c/o David Fogel PC
1225 Franklin Avenue
Garden City, NY 11530

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　F 9013-3.1.PROOF.SERVICE

Case: 23-40478    Doc# 107    Filed: 11/30/23    Entered: 11/30/23 23:54:35    Page 7 of 10

U.S. Small Business Administration
El Paso Loan Service Center
10737 Gateway West, Ste. 300
El Paso, TX 79935

U.S. Small Business Administration
c/o Elan S. Levey
300 N. Los Angeles Street
Fed. Bldg. Rm. 7516
Los Angeles, CA 90012

Web Fund LLC
99 Washington Ave., Ste 1008
Albany, NY 12260
Attn: Shanna Kaminski, Esq.

Wolters Kluwer Lien Solutions
PO Box 29071
Glendale, CA 91209

Wynwest Advance LLC
Attn: Mr. Gross, Owner
3 Germay Drive, Unit 4 #1491
Wilmington, DE 19804

**20 LARGEST UNSECURED CREDITORS:**

American Express N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355 (Address from POC)

Arc Technologies, Inc.
1481 Folsom Street
San Francisco, CA 94103

Bay Area Tires
PO Box 4643
San Mateo, CA 94404

Brex Inc.
50 W. Broadway, Ste. 333
Salt Lake City, UT 84101 (Address from POC)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012  Case: 23-40478   Doc# 107   Filed: 11/30/23   Entered: 11/30/23 23:54:35   Page 8 of 10   F 0013-3.1.PROOF.SERVICE

Blue X
20955 Pathfinder Rd., Ste 230
Diamond Bar, CA 91765-4024

Castle Gate
Subsidiary of Wayfair
4 Copley Place, Floor 6
Boston, MA 02116

FundBox
6900 Dallas Pkwy #700
Plano, TX 75024

HA 2020 LLC
1025 Barroilhet Dr.
Burlingame, CA 94010

Homelegance, Inc.
48200 Fremont Blvd.
Fremont, CA 94538

Irene Wu
20 Kinder Lane
Burlingame, CA 94010

Parker
2261 Market Street, Suite 4106
San Francisco, CA 94114

Paypal Loan
3505 Silverside Road, Suite 200
Wilmington, DE 19810

QCommerce
800 Fifth Avenue, Ste 101
Seattle, WA 98104

Stufurhome LLC
1752 Sabre Street
Hayward, CA 94545

SZS Capital LLC
c/o Business Capital LLC
88 Pine St., 26th Fl.
New York, NY 10005

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012     Case: 23-40478    Doc# 107    Filed: 11/30/23    Entered: 11/30/23 23:54:35    Page 9 of 10    F 9013-3.1.PROOF.SERVICE

Top Ocean Consolidation Services
1350 Old Bayshore Highway Ste. 560
Burlingame, CA 94010

U.S. Small Business Administration
c/o Elan S. Levey
300 N. Los Angeles Street
Fed. Bldg. Rm. 7516
Los Angeles, CA 90012

Wynwest Advance LLC
Attn: Mr. Gross, Owner
3 Germay Drive, Unit 4 #1491
Wilmington, DE 19804

Quickbooks Capital
2700 Coast Ave
Mountain View, CA 94043

Creditors' Attorney
Shanna M. Kaminski
P.O. Box2 47
Grass Lake, MI 49240

Heeler, LLC
Attn: Lily Chan
47 Vienna St.
San Francisco, CA 94112

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**